

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

| | |
|---|---|
| CCC<br>2009R01859<br>Discovery letter 11.wpd | *United States Attorney's Office*<br>*610 Federal Plaza*<br>*Central Islip, New York 11722-4454* |

May 23, 2011

VIA INTEROFFICE MAIL and ECF

The Honorable Joanna Seybert
United States District Judge
Eastern District of New York
1034 Federal Plaza
Central Islip, New York 11722

      Re:  United States v. John Ebeling, et al.
           Criminal Docket No. 10-696 (S-2)(JS)

Dear Judge Seybert:

    At the last status conference in the above-referenced case, the Court ordered the government to respond to defendants TIMOTHY FOWLER's and RAYMOND HAMILTON's contention that there was no discovery in the new building at the Metropolitan Detention Center ("MDC").  I spoke to an attorney in MDC's legal department who informed me that this contention is inaccurate.  All the discovery is located in the library in the new building at the MDC and has been since early March.  As the government noted at the status conference, MDC's records indicate that FOWLER and HAMILTON have never visited the library, let alone attempt to review the discovery located therein.

    The government has also been told that the MDC has already purchased computers for all the housing units and is in the process of installing those computers.  Once the installation process is completed, the defendants housed at the MDC will be

2

able to review discovery from 6 a.m.--when their prison cells open--until 10 p.m.--when their cells are closed.

                              Very truly yours,

                              LORETTA E. LYNCH
                            UNITED STATES ATTORNEY

                                  /S/
                    By: _____
                            James M. Miskiewicz
                            Christopher C. Caffarone
                            Assistant U. S. Attorneys
                            631-715-7841/7868

cc:   All Parties (Via ECF)